Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio





# MEMORANDUM OPINION

No. 04-09-00757-CV

**IN THE INTEREST OF D.S.**, A.G., and M.M., Minor Children

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 08-539-B
Honorable Charles Sherrill, Judge Presiding

Opinion by:    Phylis J. Speedlin, Justice

Sitting:        Karen Angelini, Justice
               Phylis J. Speedlin, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  January 26, 2011

DISMISSED

The parties have filed an agreed motion to dismiss the appeal. The motion states that appellant Ottis Sutton has entered into a Rule 11 Agreement with the Texas Department of Family and Protective Services, the attorney ad litem, and the guardian ad litem which is dispositive of all the issues raised on appeal. Further, the motion states that appellant Mina Flanagan concedes that her sole issue on appeal is moot and she agrees that her appeal should be dismissed. Accordingly, the motion is granted, and the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(2)(A).

Phylis J. Speedlin, Justice